NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


DAVID M. VECCHIO,                              )
                                               )
                Appellant,                     )
                                               )
v.                                             )        Case No. 2D18-522
                                               )
BARBARA A. VECCHIO,                            )
                                               )
                Appellee.                      )
_____)

Opinion filed May 17, 2019.

Appeal from the Circuit Court for Pinellas
County; Keith Meyer, Judge.

Michael J. Park of Park, Ossian, Barnaky &
Park, P.A., Clearwater, for Appellant.

Brandon S. Vesely of The Florida Appellate
Firm, P.A., St. Petersburg, for Appellee.



PER CURIAM.


                Affirmed.


VILLANTI, KHOUZAM, and SALARIO, JJ., Concur.